**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

RYAN WAYNE LEWIS,

        Defendant.

Case No. 24-cr-253 (JRT/JFD)

**PRELIMINARY ORDER**
**OF FORFEITURE**

---

Craig R Baune, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 S 4th St. Ste 600, Minneapolis, MN 55415, for plaintiff.

Glenn P Bruder, **MITCHELL, BRUDER & JOHNSON,** 9531 West 78th Street, Suite 210, Eden Prairie, MN 55344, Counsel for Defendant.

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Ryan Wayne Lewis; on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and on the Court's determination that the United States has established the requisite nexus between such property and the offenses to which the Defendant has pleaded guilty,

IT IS HEREBY ORDERED that:

1.     the United States' Motion for a Preliminary Order of Forfeiture (ECF No. 94) is **GRANTED;**

2.      the following property is forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

a. a Taurus Armas G2C 9mm semiautomatic pistol, bearing serial number TMW79933;

b. all ammunition and accessories seized therewith; ("the Property");

3.      the Attorney General or his authorized designee may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture;

4.      the United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

5.      pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6.      following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee; and

2

3

7.      this Court shall retain jurisdiction to enforce this Order, and to amend it as

necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: August 7, 2026 at                          s/John R. Tunheim
Minneapolis, Minnesota                        JOHN R. TUNHEIM
                                              United States District Judge