**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN WAYNE LEWIS,

Defendant.

Criminal No. 24-253 (JRT/JFD)

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 7, 2026, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c):

a. a Taurus Armas G2C 9mm semiautomatic pistol, bearing serial number TMW79933; and

b. all ammunition and accessories seized therewith

(together, “the Property”). (Docket No. 96.)

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on August 8, 2026, providing notice of the United States’ intention to dispose of the Property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the Property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

Now, therefore, **IT IS HEREBY ORDERED** that:

1. The United States' Motion for a Final Order of Forfeiture (Docket No. [108]) is **GRANTED**;

2. All right, title and interest in the Property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c);

3. The United States shall dispose of the Property in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: October 15, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge